**Opinion issued September 4, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-14-00543-CV**

————————————

**WILLIAM K. ANDERSON, JR., Appellant**

**V.**

**MARJORIE DODD ANDERSON AND MARTIN SEIDLER, AS RECEIVER, Appellees**

---

**On Appeal from the County Court at Law**
**Kendall County, Texas**
**Trial Court Case No. 13-303A-CCL**

---

**MEMORANDUM OPINION**

Appellant, William K. Anderson, Jr., has filed an unopposed motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Higley, Bland, and Sharp.